ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona
RAQUEL ARELLANO
Assistant United States Attorney
Arizona State Bar No.: 011796
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: raquel.arellano@usdoj.gov
Attorneys for Plaintiff

FILED

2018 JUL 18 PM 3: 05

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

CR18-1422TUC RM(DTF)

| United States of America, | |
|---|---|
| Plaintiff, | **I N D I C T M E N T** |
| vs. | Violations: |
| Edin Samuel Cruz-Trigueros, aka Edin Samuel Cruztrigeruos, | 8 U.S.C. § 1326(a)(enhanced by 8 U.S.C. § 1326(b)(1)) |
| Defendant. | (Illegal Reentry) |

**THE GRAND JURY CHARGES:**

On or about June 21, 2018, at or near San Miguel, in the District of Arizona, Edin Samuel Cruz-Trigueros, aka Edin Samuel Cruztrigeruos, an alien, entered and was found in the United States of America after having been denied admission, excluded, deported, and removed therefrom at or near Miami, Florida, on or about April 18, 2018, and not having obtained the express consent of the Attorney General or the Secretary of the Department of Homeland Security to reapply for admission thereto; in violation of Title 8,

///

1 | United States Code, Section 1326(a), enhanced by Title 8, United States Code, Section 1326(b)(1).

A TRUE BILL

/ S /
_____
Presiding Juror

ELIZABETH A. STRANGE
First Assistant United States Attorney
District of Arizona

/ S /

Assistant United States Attorney

Dated: July 18, 2018

REDACTED FOR
PUBLIC DISCLOSURE