## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| **United States of America**<br><br>  v.<br><br>**Edin Samuel Cruz-Trigueros** | **JUDGMENT IN A CRIMINAL CASE**<br>(For Offenses Committed On or After November 1, 1987)<br><br>**No. CR-18-01422-001-TUC-RM (DTF)**<br><br>Ashley Lynn Gilpin (CJA)<br>Attorney for Defendant |

USM#: 96744-408          ICE# A216171854

**THE DEFENDANT ENTERED A PLEA OF** guilty on 10/19/2018 to the Indictment.

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 8, U.S.C. §1326(a), Reentry of Removed Alien, with sentencing enhancement pursuant to Title 8, U.S.C. §1326(b)(1), a Class C felony offense, as charged in the Indictment.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is committed to the custody of the Bureau of Prisons for a term of **TIME SERVED.** The Court finds that Supervised Release is not required by statute and that defendant is a deportable alien who likely will be deported after imprisonment. Therefore, pursuant to USSG §5D1.1, no term of Supervised Release is imposed in this case.

## CRIMINAL MONETARY PENALTIES

The defendant shall pay to the Clerk the following total criminal monetary penalties:

**SPECIAL ASSESSMENT:** REMITTED     **FINE:** WAIVED     **RESTITUTION:** N/A

On motion of the Government, the special assessment is REMITTED.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

**THE COURT FINDS** that you have been sentenced in accordance with the terms of the plea agreement and that you have waived your right to appeal and to collaterally attack this matter. The waiver has been knowingly and voluntarily made with a factual basis and with an understanding of the consequences of the waiver.

The Court orders commitment to the custody of the Bureau of Prisons.

CR-18-01422-001-TUC-RM (DTF)                                                                  Page 2 of 2
USA vs. Edin Samuel Cruz-Trigueros

Date of Imposition of Sentence: **Tuesday, March 12, 2019**

Dated this 12th day of March, 2019.

                                                                                *[signature]*
                                                                   Honorable Rosemary Márquez
                                                                   United States District Judge

**RETURN**

I have executed this Judgment as follows: _____

                                                                                                                                                         , the institution

defendant delivered on _____ to _____ at _____

designated by the Bureau of Prisons with a certified copy of this judgment in a Criminal case.

_____     By:    _____

United States Marshal                                                                                     Deputy Marshal